UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD EVANS,<br><br>   Plaintiffs<br><br>v.<br><br>LISA CARLOCK, *et al*.,<br><br>   Defendants. | Case No. 1:18-cv-00440-DAD-BAM<br><br>**ORDER GRANTING APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES OR COSTS**<br><br>**(Doc. 2)** |

Plaintiff Richard Evans is proceeding pro se and has requested leave to proceed in forma pauperis pursuant to Title 28 of the United States Code section 1915(a). Plaintiff has made the showing required by section 1915(a), and accordingly, the request to proceed in forma pauperis will be granted. 28 U.S.C. § 1915(a).

Plaintiff is advised that the Court screens the complaints of pro se litigants proceeding in forma pauperis pursuant to Title 28 of the United States Code section 1915(e)(2). The Court must dismiss a complaint if the litigant has raised claims that are legally "frivolous or malicious," that fail to state a claim upon which relief may be granted, or that seek monetary relief from a defendant(s) who is immune from such relief. 28 U.S.C. § 1915(e)(2)(B). As a result, summonses will not issue at this time. The Court will direct the United States Marshal to serve Plaintiff's complaint only after the Court has screened the complaint and determined that it

1

contains cognizable claims for relief against the named defendants. The Court has a large number of such cases pending before it and will screen Plaintiff's complaint in due course.

IT IS SO ORDERED.

Dated: **April 16, 2018**  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE